No. 255.—FERNÁNDEZ, PETICIONARIO, *v.* LLAUGER, JUEZ DE

LA CORTE DE DISTRITO DE SAN JUAN, DEMANDADO.—*Mandamus*. Marzo 26, 1928.

POR CUANTO el peticionario no nos ha demostrado que haya presentado en la corte de distrito una moción debidamente jurada solicitando específicamente el archivo y sobreseimiento de la acusación por no habérsele sometido a juicio en el término de 120 días a contar de la presentación de dicha acusación, no bastando para ello que se haya presentado una moción de reconsideración envolviendo cuestiones distintas;

POR CUANTO ni los hechos alegados en la petición ni la cita de autoridades que se hace nos convencen de que un acusado a quien se imputa haber coadyuvado en la comisión de un delito tiene derecho a que se sobresea la acusación presentada contra él, meramente porque el acusado principal haya sido absuelto por un jurado, ya que pueden desarrollarse otros hechos u otro jurado podría tomar un punto de vista distinto del asunto;

POR TANTO, no ha lugar a expedir el auto solicitado.